# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ERICA CARDENAS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BUSINESS DEBT ADJUSTERS LLC**,<br><br>*Defendant.* | Case No. 2:24-cv-00830-BRM-MAH<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cardenas and Defendant Business Debt Adjusters LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 2nd day of January, 2025.     Respectfully submitted,

*/s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
1072 Madison Avenue, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the Classes*

/*s/ Michael D. Celentano*
Michael D. Celentano, Esq. (022432012)
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Tel: (973) 993-8100
Fax: (973) 425-0161
mcelentano@mdmc-law.com

*Attorneys for Defendant Business Debt Adjusters LLC*

SO ORDERED:

*s/ Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: JAN. 03, 2025